IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL ACTION NO. B-08-699 |
| MARCELO PABLO CRUZ; aka MARCELO CRUZ PABLO | § § | |

**ORDER**

BE IT REMEMBERED on this 6th day of October, 2008, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed July 02, 2008, wherein the defendant Marcelo Pablo Cruz waived appearance before this Court and appeared before the United States Magistrate Judge Felix Recio for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Marcelo Pablo Cruz to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Marcelo Pablo Cruz guilty of the offense of alien, having been previously convicted for illegal entry, did knowingly and willfully enter the United States at a place other than a designated port of entry, in violation of 8 U.S.C. § 1325.

Signed this 6th day of October, 2008.

Andrew S. Hanen
United States District Judge